UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER _08mj2272_ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| Vicente Campos | ) | |

TO THE UNITED STATES MARSHAL AND / OR, WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _Aug. 8, 2008_
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ _20,000 P/S_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk
K. HAMMERLY

Received_____
DUSM

Crim-9   (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY