AO 455 (Rev. 5/85) Waiver of Indictment

---

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| VICENTE CAMPOS | CASE NUMBER: 08CR2617-JLS |

I, VICENTE CAMPOS, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___8/7/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

x _____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer